In the Matter of the Claim of MARTHA LANSING, Appellant, against WILLIAM E. HAYES et al., Respondents.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's compensation — chauffeur killed while driving employer's automobile for his own .pleasure — award to widow properly denied.*

*Matter of Lansing v. Hayes,* 196 App. Div. 671, affirmed.

(Argued April 17, 1922; decided May 2, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1921, unanimously affirming a decision of the state industrial commission denying an award to the claimant under the Workmen's Compensation Law on the ground that the injuries causing the death of her husband did not arise out of or in the course of his employment. The commission found that at the time of the accident the deceased was employed by defendant Hayes, who was a physician, as a chauffeur, but that the accident occurred while the deceased was driving the car for his own pleasure and not in the business of his employer.

*R. S. Johnson* for appellant.

*William H. Foster* and *Charles H. Goebel* for respondents.

Order affirmed, with costs against claimant; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.